| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>ROSS, ALLYNE R. | 2. Court or Organization<br><br>U.S. D. C., EDNY | 3. Date of Report<br><br>08/02/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT, E.D.N.Y.<br>225 CADMAN PLAZA EAST, 915 S<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Ross, Allyne R.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1 -12/31 | Partner in Willkie Farr & Gallagher LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | | None | J | W | | | | | |
| 2. IRA #1 | E | Dividend | O | T | | | | | |
| 3. -Cisco Systems Inc. | | | | | | | | | |
| 4. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 01/09/09 | J | | |
| 5. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 01/27/09 | J | | |
| 6. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 01/29/09 | J | | |
| 7. -Dreyfus Liquid Assets | | | | | Buy | 02/24/09 | J | | |
| 8. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 03/18/09 | J | | |
| 9. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 03/30/09 | J | | |
| 10. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 04/08/09 | J | | |
| 11. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 04/24/09 | J | | |
| 12. -Dreyful Liquid Assets | | | | | Redeemed (part) | 05/04/09 | J | | |
| 13. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 05/18/09 | J | | |
| 14. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 06/15/09 | J | | |
| 15. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 07/01/09 | J | | |
| 16. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 07/06/09 | J | | |
| 17. -Dreyfus Liquid Assets | | | | | Buy | 07/08/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 07/22/09 | J | | |
| 19. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 07/27/09 | J | | |
| 20. -Dreyful Liquid Assets | | | | | Redeemed (part) | 08/04/09 | J | | |
| 21. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 08/05/09 | J | | |
| 22. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 08/24/09 | J | | |
| 23. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 09/02/09 | J | | |
| 24. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 09/17/09 | J | | |
| 25. -Dreyfus Liquid Assets | | | | | Buy | 09/23/09 | J | | |
| 26. -Dreyfus Liquid Assets | | | | | Redeemed (part) | 09/25/09 | J | | |
| 27. -Dreyful Liquid Assets | | | | | Redeemed (part) | 11/13/09 | J | | |
| 28. -Dreyfus Liquid Assets | | | | | Buy | 11/30/09 | J | | |
| 29. -Dreyful Liquid Assets | | | | | Buy | 12/23/09 | J | | |
| 30. -Ericsson | | | | | | | | | |
| 31. -General Electric | | | | | Buy | 07/24/09 | J | | |
| 32. -General Electric | | | | | Buy | 07/30/09 | J | | |
| 33. -Annaly Captial Management | | | | | Buy | 03/13/09 | J | | |
| 34. -Annaly Capital Management | | | | | Buy | 04/21/09 | J | | |

1 Income Gain Codes     A = $1,000 or less     B = $1,001 - $2,500     C = $2,501 - $5,000     D = $5,001 - $15,000     E = $15,001 - $50,000
(See Columns B1 and D4)     F = $50,001 - $100,000     G = $100,001 - $1,000,000     H1 = $1,000,001 - $5,000,000     H2 = More than $5,000,000
2 Value Codes     J = $15,000 or less     K = $15,001 - $50,000     L = $50,001 - $100,000     M = $100,001 - $250,000
(See Columns C1 and D3)     N = $250,001 - $500,000     O = $500,001 - $1,000,000     P1 = $1,000,001 - $5,000,000     P2 = $5,000,001 - $25,000,000
                        P3 = $25,000,001 - $50,000,000     P4 = More than $50,000,000
3 Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Annaly Capital Management | | | | | Buy | 08/19/09 | J | | |
| 36. -American Express | | | | | | | | | |
| 37. -Eli Lilly & Co. | | | | | Buy | 09/22/09 | K | | |
| 38. -Citigroup | | | | | | | | | |
| 39. -Penn West Energy Trust | | | | | | | | | See Part VIII |
| 40. -Pepsico Inc. | | | | | | | | | See Part VIII |
| 41. -Intel | | | | | | | | | |
| 42. -KBR | | | | | Sold | 02/18/09 | J | B | |
| 43. -Microsoft | | | | | | | | | |
| 44. -Windstream Corp. | | | | | Buy | 09/14/09 | J | | |
| 45. -Windstream Corp. | | | | | Buy | 11/19/09 | J | | |
| 46. -Viacom | | | | | | | | | |
| 47. -ishares Barclays Short Treas. Bond Fund | | | | | Buy | 07/22/09 | K | | |
| 48. -ishares TRFTJE XINHUA HK China 25 Index | | | | | Buy | 11/09/09 | J | | |
| 49. -Powershares Exch-Traded Fund Final PFD Portfolio | | | | | | | | | See VIII |
| 50. -Enterprise Prods Partners | | | | | | | | | |
| 51. -Provident Energy Trust | | | | | Buy | 02/08/09 | K | | |

1 Income Gain Codes        A = $1,000 or less       B = $1,001 - $2,500       C = $2,501 - $5,000       D = $5,001 - $15,000       E = $15,001 - $50,000
   (See Columns B1 and D4)  F = $50,001 - $100,000   G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2 Value Codes             J = $15,000 or less      K = $15,001 - $50,000     L = $50,001 - $100,000     M = $100,001 - $250,000
   (See Columns C1 and D3)  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                           P3 = $25,000,001 - $50,000,000                     P4 = More than $50,000,000
3 Value Method Codes      Q = Appraisal            R = Cost (Real Estate Only)  S = Assessment            T = Cash Market
   (See Column C2)         U = Book Value           V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Putnam Premier Income Trust | | | | | | | | | |
| 53. -Enerplus Resources | | | | | | | | | |
| 54. -Bank of America Corp. | | | | | buy | 07/24/09 | K | | |
| 55. -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 56. -Yahoo Inc. | | | | | | | | | |
| 57. -Boardwalk Pipeline Partners | | | | | Buy | 03/06/09 | K | | |
| 58. -Motors Liquidation Co. (Formerly General Motors Corp) | | | | | | | | | |
| 59. -Proctor & Gamble Co. | | | | | | | | | |
| 60. -New York Community Bancorp | | | | | Buy | 08/28/09 | J | B | |
| 61. -Eaton Vace Limited Duration Income Fund | | | | | | | | | |
| 62. -Hospitality PPTYS TR | | | | | buy | 07/09/09 | K | | |
| 63. -Johnson & Johnson | | | | | Buy | 04/29/09 | J | A | |
| 64. -Johnson & Johnson | | | | | Buy | 07/17/09 | J | | |
| 65. -Pengrowth Energy Tr. | | | | | buy | 06/26/09 | J | | |
| 66. -Bristol Myers Squibb | | | | | Buy | 08/11/09 | J | | |
| 67. -Bristol Myers Squibb | | | | | Buy | 10/24/09 | J | | |
| 68. -Dow Chemical | | | | | Buy | 06/10/09 | J | | |

1. Income Gain Codes:   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Conoco Phillips | | | | | Buy | 04/03/09 | J | | |
| 70. -KBR Inc. | | | | | Sold | 02/18/09 | J | B | |
| 71. -Linn Energy | | | | | Buy | 08/19/09 | K | | |
| 72. -Manitowoc Co. | | | | | Sold | 06/26/09 | J | | |
| 73. -Cohen&Steers Select Utility Fund | | | | | Buy | 02/19/09 | J | | |
| 74. -Fiduciary/Claymore Opportunity Fund | | | | | | | | | |
| 75. -Greenhaven Continuous Commodity Index Fund | | | | | Sold | 11/19/09 | J | | |
| 76. -Keycorp Conv. Pfd. | | | | | Buy | 05/13/09 | J | | |
| 77. -ishares FTSE NAREIT MTG REITS Index Fund | | | | | | | | | |
| 78. -IRA # 2 | B | Int./Div. | | T | | | | | |
| 79. -Dominican Resources | | | | | Buy | 05/13/09 | J | | |
| 80. -Johnson & Johnson | | | | | Buy | 05/13/09 | J | | |
| 81. -Saving Acct. at Citibank | | | | | | | | | |
| 82. -Keycorp Preferred | | | | | Buy | 07/09/09 | J | | |
| 83. -Morgan Stanley Cap TR | | | | | Buy | 05/13/09 | J | | |
| 84. -Kaiser Group Int'l | | | | | Sold | 02/19/09 | J | | |
| 85. -Provident Energy Trust | | | | | Buy | 05/13/09 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -John Hancock Bank Fund | | | | | Buy | 05/13/09 | J | | |
| 87. -Annaly Capital Management Inc. | | | | | Buy | 05/13/09 | J | | |
| 88. -Annaly Capital Management Inc. | | | | | Sold | 11/23/09 | J | A | Partial Sale |
| 89. Kayne Anderson Energy Total Return Fund | | | | | Buy | 05/13/09 | J | | |
| 90. -Cohen & Steers Select Utility Fund | | | | | Buy | 05/13/09 | J | | |
| 91. -Bristol Myers Squibb Co. | | | | | Buy | 05/13/09 | J | | |
| 92. -Tennessee Valley Authority Strips | | | | | Matured | 05/01/09 | K | | |
| 93. Trust # 2 | A | Dividend | J | U | | | | | |
| 94. -Dodge Cox Stock Fund | | | | | | | | | |
| 95. Trust # 3 | D | Dividend | M | U | | | | | See Part VIII |
| 96. Citibank Accounts | B | Interest | M | T | | | | | |
| 97. BNP Paribas DJ Stoxx 50 Structured Note | | None | M | T | | | | | |
| 98. Citibank NY Tax-Free Reserves Fund | A | Dividend | M | T | | | | | |
| 99. Vanguard Limited-Term Tax-Exempt Fund | E | Dividend | P1 | U | Buy | 01/20/09 | N | | |
| 100. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 02/13/09 | N | | |
| 101. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 03/02/09 | L | | |
| 102. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 04/20/09 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D1) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Limited -Term Tax-Exempt Fund | | | | | Redeemed (part) | 05/12/09 | O | | |
| 104. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 06/01/09 | M | | |
| 105. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 06/15/09 | K | | |
| 106. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 07/09/09 | J | | |
| 107. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 08/13/09 | M | | |
| 108. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 09/02/09 | M | | |
| 109. Vanguard Limited-Term Tax-Exempt Fund | | | | | Redeemed (part) | 09/28/09 | N | | |
| 110. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 11/02/09 | L | | |
| 111. Vanguard Limited-Term Tax-Exempt Fund | | | | | Buy | 11/27/09 | M | | |
| 112. Vanguard High Yield Tax Fund | D | Dividend | N | U | Buy | 09/28/09 | N | | |
| 113. Vanguard NY Tax-Exempt Money Market Fund | A | Dividend | K | U | Redeemed (part) | 02/13/09 | N | | |
| 114. Vanguard NY Tax-Exempt Money Market Fund | | | | | Buy | 09/17/09 | K | | |
| 115. Vanguard NY Tax-Exempt Money Market Fund | | | | | Redeemed (part) | 12/07/09 | N | | |
| 116. Western Asset Municipal NY Money Market Fund | A | Dividend | J | U | Redeemed (part) | 01/23/09 | J | | |
| 117. Western Asset Municipal NY Money Market Fund | | | | | Redeemed (part) | 04/17/09 | J | | |
| 118. Western Asset Municipal NY Money Market Fund | | | | | Buy | 04/24/09 | J | | |
| 119. Western Asset Municipal NY Money Market Fund | | | | | Redeemed (part) | 07/21/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Western Asset Muncipal NY Money Market Fund | | | | | Redeemed (part) | 10/16/09 | J | | |
| 121. General American Investors | A | Dividend | J | T | | | | | See Part VIII |
| 122. Trust # 3 | A | Dividend | J | U | | | | | |
| 123. WFG-WPX Partners LLC | | None | N | W | | | | | |
| 124. Goldman Sachs High Yield Fund | B | Dividend | L | U | buy | 02/05/09 | J | | |
| 125. Fidelity Freedom Fund | A | Dividend | | | Redeemed | 02/05/09 | J | | |
| 126. Bernstein Global Diversified Strategies L.P. | B | Dividend | N | T | | | | | |
| 127. Bernstein Global Opportunities Hedge Fund LP | D | Dividend | M | T | | | | | See Part VIII |
| 128. S&P 500 Variable Participation Notes | | None | M | T | | | | | |
| 129. Asta Five NY | | None | J | T | | | | | |
| 130. Bernstein New York Municipal Portfolio | E | Dividend | O | U | Redeemed (part) | 03/03/09 | K | | |
| 131. Bernstein New York Municipal Portfolio | | | | | Buy | 05/12/09 | O | | |
| 132. Bernstein New York Municipal Portfolio | | | | | Buy | 09/28/09 | J | | |
| 133. Bernstein New York Municipal Portfolio | | | | | Buy | 11/04/09 | J | | |
| 134. Bernstein New York Municipal Portfolio | | | | | Buy | 11/05/09 | J | | |
| 135. Bernstein New York Municipal Portfolio | | | | | Buy | 11/25/09 | J | | |
| 136. Bernstein New York Municipal Portfolio | | | | | Buy | 12/08/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A = $1,000 or less; B = $1,001 - $2,500; C = $2,501 - $5,000; D = $5,001 - $15,000; E = $15,001 - $50,000; F = $50,001 - $100,000; G = $100,001 - $1,000,000; H1 = $1,000,001 - $5,000,000; H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less; K = $15,001 - $50,000; L = $50,001 - $100,000; M = $100,001 - $250,000; N = $250,001 - $500,000; O = $500,001 - $1,000,000; P1 = $1,000,001 - $5,000,000; P2 = $5,000,001 - $25,000,000; P3 = $25,000,001 - $50,000,000; P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash Market; U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period<br>(1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Bernstein New York Municipal Portfolio | | | | | Buy | 12/28/09 | J | | |
| 138. BP PLC | A | Dividend | | | Sold (part) | 01/28/09 | J | | |
| 139. BP PLC | | | | | Sold (part) | 02/02/09 | J | | |
| 140. BP PLC | | | | | Sold | 10/01/09 | J | | |
| 141. Bernstein Tax-Managed International Portfolio | D | Dividend | N | U | Buy | 03/03/09 | J | | |
| 142. Bernstein Tax-Managed International Portfolio | | | | | Buy | 04/16/09 | J | | |
| 143. Bernstein Tax-Managed International Portfolio | | | | | Buy | 11/25/09 | M | | |
| 144. Bernstein Tax-Managed International Portfolio | | | | | Buy | 12/18/09 | J | | |
| 145. Supervalu | A | Dividend | J | T | Sold (part) | 03/05/09 | J | | |
| 146. Supervalu | | | | | Sold (part) | 04/21/09 | J | | |
| 147. Supervalu | | | | | Buy | 10/16/09 | J | | |
| 148. Supervalu | | | | | Buy | 11/25/09 | J | | |
| 149. Altria Group | A | Dividend | J | T | Buy | 04/09/09 | J | | |
| 150. Altria Group | | | | | Buy | 04/15/09 | J | | |
| 151. Altria Group | | | | | Sold (part) | 05/18/09 | J | A | |
| 152. Altria Group | | | | | Buy | 07/13/09 | J | | |
| 153. Altria Group | | | | | Sold (part) | 09/10/09 | J | B | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Cash Balance at Sanford C. Bernstein & co | A | Interest | J | T | | | | | |
| 155. Ace Ltd. | A | Dividend | J | T | Buy | 03/03/09 | J | | |
| 156. Ace Ltd. | | | | | Buy | 04/16/09 | J | | |
| 157. Hewlett Packard | A | Dividend | K | T | Sold (part) | 05/01/09 | J | | |
| 158. Hewlett-Packard | | | | | Sold (part) | 06/04/09 | J | | |
| 159. Hewlett-Packard | | | | | Sold (part) | 06/24/09 | J | | |
| 160. Hewlett-Packard | | | | | Sold (part) | 07/16/09 | J | | |
| 161. Hewlett-Packard | | | | | Sold (part) | 08/28/09 | J | A | |
| 162. Hewlett Packard | | | | | Sold (part) | 10/05/09 | J | A | |
| 163. Hewlett Packard | | | | | Buy | 11/25/09 | J | | |
| 164. Cameron International | | None | J | T | Buy | 03/31/09 | J | | |
| 165. AOL | | None | J | T | | 12/09/09 | J | | |
| 166. Ashland Inc. | | None | | | Sold | 02/09/09 | J | | |
| 167. Aetna | | None | J | T | Buy | 09/24/09 | J | | |
| 168. Aetna | | | | | Buy | 09/24/09 | J | | |
| 169. AK Steel Holding | | None | J | T | Buy | 09/01/09 | J | | |
| 170. E.I. Dupont | A | Dividend | K | T | Buy | 04/15/09 | J | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. E.I. Dupont | | | | | Buy | 05/26/09 | J | | |
| 172. E.I. Dupont | | | | | Buy | 05/27/09 | J | | |
| 173. E.I. Dupont | | | | | Buy | 06/19/09 | J | | |
| 174. E.I. Dupont | | | | | Buy | 06/26/09 | J | | |
| 175. E.I. Dupont | | | | | Sold (part) | 07/24/09 | J | | |
| 176. Ensco | | None | J | T | Buy | 05/29/09 | J | | |
| 177. American International Group | | None | | | Sold | 03/13/09 | J | A | |
| 178. Ford Motor Co. | | None | J | T | Buy | 11/09/09 | J | | |
| 179. Ford Motor Co. | | | | | Buy | 11/17/09 | J | | |
| 180. Archer-Daniels Midland | A | Dividend | J | T | Buy | 01/06/09 | J | | |
| 181. Archer-Daniels Midland | | | | | Buy | 01/20/09 | J | | |
| 182. Archer-Daniels Midland | | | | | Sold (part) | 07/30/09 | J | A | |
| 183. Archer-Daniels Midland | | | | | Buy | 09/29/09 | J | | |
| 184. Amgen | | None | | | Buy | 03/05/09 | J | | |
| 185. Amgen | | | | | Buy | 04/17/09 | J | | |
| 186. Amgen | | | | | Sold (part) | 06/25/09 | J | | |
| 187. Amgen | | | | | Sold (part) | 07/13/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Amgen | | | | | Sold | 11/24/09 | J | | |
| 189. Tyson Foods | A | Dividend | | | Buy | 01/15/09 | J | | |
| 190. Tyson Foods | | | | | Sold (part) | 06/24/09 | J | | |
| 191. Tyson Foods | | | | | Sold | 08/13/09 | J | A | |
| 192. Apache Corp. | A | Dividend | | | Buy | 01/27/09 | J | | |
| 193. Apache Corp. | | | | | Buy | 03/31/09 | J | | |
| 194. Apache Corp. | | | | | Sold (part) | 07/24/09 | J | | |
| 195. Apache Corp. | | | | | Sold (part) | 08/07/09 | J | A | |
| 196. Apache Corp. | | | | | Sold (part) | 09/16/09 | J | | |
| 197. Apache Corp. | | | | | Sold (part) | 09/30/09 | J | A | |
| 198. Apache Corp | | | | | Sold (part) | 10/13/09 | J | A | |
| 199. Apache Corp. | | | | | Sold (part) | 10/22/09 | J | A | |
| 200. Apache Corp. | | | | | Sold (part) | 11/03/09 | J | | |
| 201. Cardinal Health | A | Dividend | | | Sold (part) | 06/09/09 | J | | |
| 202. Cardinal Health | | | | | Sold | 08/05/09 | J | | |
| 203. Citigroup | A | Dividend | | | Sold | 01/15/09 | K | | |
| 204. Occidental Pete | A | Dividend | K | T | Buy | 02/04/09 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | | Name of Person Reporting | Date of Report |
|---|---|---|---|---|
| | | | ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Occidental Pete | | | | | Buy | 06/19/09 | J | | |
| 206. Occidental Pete | | | | | Buy | 06/26/09 | J | | |
| 207. Occidental Pete | | | | | Buy | 09/04/09 | J | | |
| 208. Occidental Pete | | | | | Sold (part) | 10/29/09 | J | A | |
| 209. GlaxoSmithKline | A | Dividend | | | Buy | 03/03/09 | J | | |
| 210. GlaxoSmithKline | | | | | Sold | 11/30/09 | J | B | |
| 211. Goldman Sachs | A | Dividend | L | T | Buy | 02/10/09 | J | | |
| 212. Goldman Sachs | | | | | Buy | 03/10/09 | J | | |
| 213. Goldman Sachs | | | | | Buy | 05/29/09 | J | | |
| 214. Goldman Sachs | | | | | Buy | 06/05/09 | J | | |
| 215. Goldman Sachs | | | | | Buy | 06/30/09 | J | | |
| 216. Goldman Sachs | | | | | Buy | 08/31/09 | J | | |
| 217. Goldman Sachs | | | | | Sold (part) | 09/11/09 | J | A | |
| 218. Goldman Sachs | | | | | Buy | 10/15/09 | J | | |
| 219. Goldman Sachs | | | | | Buy | 10/16/09 | J | | |
| 220. Goldman Sachs | | | | | Buy | 11/05/09 | J | | |
| 221. Goldman Sachs | | | | | Buy | 11/25/09 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. Intel Corp. | A | Dividend | K | T | Buy | 04/24/09 | J | | |
| 223. Intel Corp. | | | | | Buy | 06/09/09 | J | | |
| 224. Intel Corp. | | | | | Buy | 06/25/09 | J | | |
| 225. Intel Corp. | | | | | Buy | 06/30/09 | J | | |
| 226. Intel Corp. | | | | | Buy | 07/08/09 | J | | |
| 227. Intel Corp. | | | | | Buy | 07/17/09 | J | | |
| 228. Intel Corp. | | | | | Buy | 09/17/09 | J | | |
| 229. Intel Corp. | | | | | Buy | 11/23/09 | J | | |
| 230. Intel Corp. | | | | | Buy | 11/25/09 | J | | |
| 231. Bunge Ltd. | A | Dividend | J | T | Buy | 03/03/09 | J | | |
| 232. Bunge Ltd. | | | | | Sold (part) | 04/02/09 | J | A | |
| 233. Bunge Ltd. | | | | | Sold (part) | 04/09/09 | J | B | |
| 234. Bunge Ltd. | | | | | Buy | 11/25/09 | J | | |
| 235. Microsoft | A | Dividend | K | T | Buy | 02/19/09 | J | | |
| 236. Microsoft | | | | | Buy | 03/19/09 | J | | |
| 237. Microsoft | | | | | Buy | 03/31/09 | J | | |
| 238. Microsoft | | | | | Buy | 10/26/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mn/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Microsoft | | | | | Buy | 10/27/09 | J | | |
| 240. Microsoft | | | | | Sold (part) | 11/24/09 | J | A | |
| 241. Microsoft | | | | | Sold (part) | 12/29/09 | J | A | |
| 242. Procter & Gamble | A | Dividend | | | Sold (part) | 01/07/09 | J | | |
| 243. Proctor & Gamble | | | | | Sold (part) | 02/11/09 | J | | |
| 244. Proctor & Gamble | | | | | Buy | 04/17/09 | J | | |
| 245. Procter & Gamble | | | | | Buy | 04/23/09 | J | | |
| 246. Proctor & Gamble | | | | | Buy | 05/26/09 | J | | |
| 247. Proctor & Gamble | | | | | Sold (part) | 07/10/09 | J | A | |
| 248. Procter & Gamble | | | | | Sold (part) | 08/07/09 | J | | |
| 249. Proctor & Gamble | | | | | Sold (part) | 09/10/09 | J | A | |
| 250. Proctor & Gamble | | | | | Sold (part) | 11/16/09 | J | B | |
| 251. Proctor & Gamble | | | | | Sold | 12/15/09 | J | A | |
| 252. Costco | A | Dividend | J | T | Buy | 02/10/09 | J | | |
| 253. Corning | A | Dividend | J | T | Buy | 01/21/09 | J | | |
| 254. Corning | | | | | Sold (part) | 12/10/09 | J | C | |
| 255. Rio Tinto | | None | | | Buy | 09/15/09 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Rio Tinto | | | | | Buy | 09/21/09 | J | | |
| 257. Rio Tinto | | | | | Sold | 12/01/09 | J | A | |
| 258. Metlife | A | Dividend | J | T | Buy | 01/20/09 | J | | |
| 259. Metlife | | | | | Buy | 03/03/09 | J | | |
| 260. Metlife | | | | | Buy | 03/05/09 | J | | |
| 261. Metlife | | | | | Sold (part) | 04/09/09 | J | | |
| 262. Metlife | | | | | Sold (part) | 04/14/09 | J | A | |
| 263. Metlife | | | | | Sold (part) | 05/26/09 | J | A | |
| 264. Metlife | | | | | Sold (part) | 06/26/09 | J | B | |
| 265. Metlife | | | | | Sold (part) | 08/05/09 | J | A | |
| 266. Metlife | | | | | Sold (part) | 12/22/09 | J | C | |
| 267. Sprint Nextel | | None | J | T | Sold (part) | 02/19/09 | J | | |
| 268. Sprint Nextel | | | | | Sold | 02/24/09 | J | | |
| 269. Sprint Nextel | | | | | Buy | 08/10/09 | J | | |
| 270. Sprint Nextel | | | | | Buy | 11/02/09 | J | | |
| 271. Sprint Nextel | | | | | Buy | 11/03/09 | J | | |
| 272. Quanta Services | | None | J | T | Buy | 08/28/09 | J | | |

1. Income Gain Codes: A =$1,000 or less / B =$1,001 - $2,500 / C =$2,501 - $5,000 / D =$5,001 - $15,000 / E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000 / G =$100,001 - $1,000,000 / H1 =$1,000,001 - $5,000,000 / H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less / K =$15,001 - $50,000 / L =$50,001 - $100,000 / M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000 / O =$500,001 - $1,000,000 / P1 =$1,000,001 - $5,000,000 / P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000 / P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal / R =Cost (Real Estate Only) / S =Assessment / T =Cash Market
   (See Column C2) U =Book Value / V =Other / W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Suncor Energy | A | Dividend | J | T | Buy | 10/14/09 | J | | |
| 274. Suncor Energy | | | | | Buy | 11/25/09 | J | | |
| 275. Suncor Energy | | | | | Buy | 11/27/09 | J | | |
| 276. United Parcel Service | A | Dividend | J | T | Buy | 09/15/09 | J | | |
| 277. United Parcel Service | | | | | Sold (part) | 11/24/09 | J | | |
| 278. Vale SA | | None | J | T | Buy | 11/24/09 | J | | |
| 279. Vertex Pharmaceuticals | | None | J | T | Buy | 11/19/09 | J | | |
| 280. Visa Inc. | A | Dividend | J | T | Buy | 04/30/09 | J | | |
| 281. Visa Inc. | | | | | Buy | 05/01/09 | J | | |
| 282. Visa Inc. | | | | | Buy | 05/05/09 | J | | |
| 283. Visa Inc. | | | | | Sold (part) | 10/06/09 | J | A | |
| 284. Taiwan Semiconductor | A | Dividend | | | Buy | 05/05/09 | J | | |
| 285. Taiwan Semiconductor | | | | | Buy | 05/07/09 | J | | |
| 286. Taiwan Semiconductor | | | | | Sold | 10/01/09 | J | A | |
| 287. Altera Corp. | A | Dividend | | | Buy | 07/27/09 | J | | |
| 288. Altera Corp. | | | | | Sold | 11/09/09 | J | A | |
| 289. Alliance Bernstein Holding Corp. | | None | | | Buy | 05/07/09 | J | | |

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R - Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Alliance Bernstein Holding Corp. | | | | | Sold (part) | 11/24/09 | J | B | |
| 291. Alliance Bernstein Holding Corp. | | | | | Sold | 12/04/09 | J | | |
| 292. American Tower Corp. | | None | | | Buy | 07/23/09 | J | | |
| 293. American Tower Corp. | | | | | Sold | 10/08/09 | J | A | |
| 294. Capital One Financial Corp. | A | Dividend | | | Buy | 01/20/09 | J | | |
| 295. Capital One Financial Corp. | | | | | Sold (part) | 09/17/09 | J | C | |
| 296. Capital One Financial Corp. | | | | | Sold | 10/23/09 | J | B | |
| 297. Ebay | | None | | | Sold | 11/24/09 | J | B | |
| 298. Eli Lilly & Co. | A | Dividend | | | Buy | 03/24/09 | J | | |
| 299. Eli Lilly & Co. | | | | | Buy | 04/02/09 | J | | |
| 300. Eli Lilly & Co. | | | | | Sold (part) | 07/10/09 | J | | |
| 301. Elli Lilly & Co. | | | | | Sold | 09/18/09 | J | | |
| 302. Gannett | A | Dividend | | | Sold (part) | 04/13/09 | J | | |
| 303. Flextronics | | None | | | Sold (part) | 01/02/09 | J | | |
| 304. Ericsson | A | Dividend | | | Buy | 01/05/09 | J | | |
| 305. Ericsson | | | | | Sold (part) | 02/19/09 | J | A | |
| 306. Ericsson | | | | | Sold (part) | 06/18/09 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Ericsson | | | | | Sold | 08/17/09 | J | A | |
| 308. Dell | | None | K | T | Buy | 01/26/09 | J | | |
| 309. Dell | | | | | Sold (part) | 02/12/09 | J | | |
| 310. Dell | | | | | Buy | 07/15/09 | J | | |
| 311. Dell | | | | | Buy | 08/13/09 | J | | |
| 312. Dell | | | | | Buy | 11/23/09 | J | | |
| 313. Home Depot | A | Dividend | J | T | Buy | 02/18/09 | J | | |
| 314. Home Depot | | | | | Buy | 02/25/09 | J | | |
| 315. Home Depot | | | | | Sold (part) | 06/18/09 | J | A | |
| 316. Home Depot | | | | | Sold (part) | 11/13/09 | J | A | |
| 317. Home Depot | | | | | Buy | 12/02/09 | J | | |
| 318. Lowe's Cos. | A | Dividend | J | T | Buy | 02/25/09 | J | | |
| 319. Lowe's Cos. | | | | | Buy | 04/23/09 | J | | |
| 320. Lowe's Cos. | | | | | Buy | 07/09/09 | J | | |
| 321. Lowe's Cos. | | | | | Buy | 07/13/09 | J | | |
| 322. Lowe's Cos. | | | | | Buy | 08/11/09 | J | | |
| 323. Lowe's Cos. | | | | | Sold (part) | 10/08/09 | J | | |

1. Income Gain Codes:       A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal             R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)            U =Book Value            V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Lowe's Cos. | | | | | Sold (part) | 12/18/09 | J | A | |
| 325. Pepsico | A | Dividend | J | T | Buy | 01/09/09 | J | | |
| 326. Pepsico | | | | | Buy | 02/18/09 | J | | |
| 327. Pepsico | | | | | Buy | 03/05/09 | J | | |
| 328. Pepsico | | | | | Sold (part) | 05/08/09 | J | | |
| 329. Pepsico | | | | | Buy | 08/06/09 | J | | |
| 330. Pepsico | | | | | Sold (part) | 10/08/09 | J | | |
| 331. Pepsico | | | | | Sold (part) | 11/24/09 | K | | |
| 332. Principal Financial Group | A | Dividend | J | T | Buy | 10/15/09 | J | | |
| 333. Chevron Corp. | A | Dividend | J | T | Buy | 03/23/09 | J | | |
| 334. Chevron Corp. | | | | | Sold (part) | 06/10/09 | J | A | |
| 335. Chevron Corp. | | | | | Sold (part) | 06/18/09 | J | A | |
| 336. Chevron Corp. | | | | | Sold (part) | 07/10/09 | J | | |
| 337. Chevon Corp. | | | | | Sold (part) | 08/12/09 | J | B | |
| 338. J.P. Morgan Chase | A | Dividend | L | T | Buy | 02/13/09 | J | | |
| 339. J.P. Morgan Chase | | | | | Sold (part) | 03/23/09 | J | | |
| 340. J.P. Morgan Chase | | | | | Sold (part) | 04/13/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 341. J.P. Morgan Chase | | | | | Buy | 05/14/09 | J | | |
| 342. J.P. Morgan Chase | | | | | Buy | 05/15/09 | J | | |
| 343. J.P. Morgan Chase | | | | | Buy | 05/27/09 | J | | |
| 344. J.P. Morgan Chase | | | | | Buy | 06/05/09 | J | | |
| 345. J.P. Morgan Chase | | | | | Buy | 06/22/09 | J | | |
| 346. J.P. Morgan Chase | | | | | Buy | 06/23/09 | J | | |
| 347. J.P. Morgan Chase | | | | | Sold (part) | 09/11/09 | J | A | |
| 348. J.P. Morgan Chase | | | | | Sold (part) | 10/08/09 | J | B | |
| 349. J.P. Morgan Chase | | | | | Sold (part) | 10/15/09 | J | A | |
| 350. J.P. Morgan Chase | | | | | Buy | 12/11/09 | J | | |
| 351. J.P. Morgan Chase | | | | | Buy | 12/22/09 | J | | |
| 352. McDonalds | A | Dividend | | | Buy | 02/12/09 | J | | |
| 353. McDonalds | | | | | Sold (part) | 05/28/09 | J | | |
| 354. McDonalds | | | | | Sold (part) | 07/16/09 | J | | |
| 355. McDonalds | | | | | Sold (part) | 08/04/09 | J | | |
| 356. McDonalds | | | | | Sold (part) | 09/16/09 | J | A | |
| 357. McDonalds | | | | | Sold | 10/12/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Medco Health Solutions | | None | J | T | Sold (part) | 02/10/09 | J | A | |
| 359. Medco Health Solutions | | | | | Sold (part) | 05/11/09 | J | A | |
| 360. Medco Health Solutions | | | | | Sold (part) | 09/16/09 | J | A | |
| 361. Medco Health Solutions | | | | | Sold (part) | 10/21/09 | J | A | |
| 362. Medco Health Solutions | | | | | Sold (part) | 12/18/09 | J | B | |
| 363. Merck | B | Dividend | K | T | Sold (part) | 11/19/09 | J | | |
| 364. Merck | | | | | Sold (part) | 11/23/09 | J | | |
| 365. Illinois Tool Works | A | Dividend | K | T | Buy | 05/22/09 | J | | |
| 366. Illinois Tool Works | | | | | Buy | 06/26/09 | J | | |
| 367. Illinois Tool Works | | | | | Buy | 08/10/09 | J | | |
| 368. Illinois Tool Works | | | | | Buy | 09/18/09 | J | | |
| 369. Illinois Tool Works | | | | | Buy | 10/27/09 | J | | |
| 370. Illinois Tool Works | | | | | Buy | 11/24/09 | J | | |
| 371. Illinois Tool Works | | | | | Buy | 11/25/09 | J | | |
| 372. Johnson Controls | A | Dividend | J | T | Buy | 08/06/09 | J | | |
| 373. Johnson Controls | | | | | Buy | 08/07/09 | J | | |
| 374. Johnson Controls | | | | | Buy | 11/19/09 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

___ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Johnson Controls | | | | | Buy | 11/25/09 | J | | |
| 376. Target | A | Dividend | K | T | Buy | 04/17/09 | J | | |
| 377. Target | | | | | Buy | 05/28/09 | J | | |
| 378. Target | | | | | Buy | 09/18/09 | J | | |
| 379. Target | | | | | Buy | 09/22/09 | J | | |
| 380. Target | | | | | Buy | 10/09/09 | J | | |
| 381. Target | | | | | Buy | 10/16/09 | J | | |
| 382. Target | | | | | Buy | 11/25/09 | J | | |
| 383. XL Capital | A | Dividend | J | T | Buy | 06/30/09 | J | | |
| 384. XL Capital | | | | | Sold (part) | 08/17/09 | J | | |
| 385. Alcon | A | Dividend | K | T | Sold (part) | 01/16/09 | J | | |
| 386. Alcon | | | | | Sold (part) | 05/11/09 | J | A | |
| 387. Alcon | | | | | Buy | 07/16/09 | J | | |
| 388. Alcon | | | | | Buy | 07/17/09 | J | | |
| 389. Alcon | | | | | Buy | 08/04/09 | J | | |
| 390. Alcon | | | | | Buy | 08/06/09 | J | | |
| 391. Alcon | | | | | Buy | 09/23/09 | J | | |

1. Income Gain Codes      A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000                                            P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)          U =Book Value             V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. Alcon | | | | | Buy | 10/02/09 | J | | |
| 393. Alcon | | | | | Buy | 10/08/09 | J | | |
| 394. Alcon | | | | | Buy | 10/29/09 | J | | |
| 395. Alcon | | | | | Buy | 11/25/09 | J | | |
| 396. Broadcom | | None | J | T | Buy | 11/10/09 | J | | |
| 397. KLA-Tencor | A | Dividend | J | T | Buy | 09/11/09 | J | | |
| 398. KLA-Tencor | | | | | Buy | 10/01/09 | J | | |
| 399. Liberty Entertainment | | None | | | Buy | 04/24/09 | J | | |
| 400. Liberty Entertainment | | | | | Sold (part) | 07/22/09 | J | A | |
| 401. Liberty Entertainment | | | | | Sold | 08/05/09 | J | A | |
| 402. Lincoln National Corp. | A | Dividend | | | Buy | 02/17/09 | J | | |
| 403. Lincoln National Corp. | | | | | Buy | 03/05/09 | J | | |
| 404. Lincoln National Corp | | | | | Sold | 12/10/09 | J | C | |
| 405. Google | | None | L | T | Sold (part) | 01/26/09 | J | | |
| 406. Google | | | | | Sold (part) | 01/30/09 | J | | |
| 407. Google | | | | | Sold (part) | 04/20/09 | J | | |
| 408. Google | | | | | Sold (part) | 10/19/09 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 -$25,000,001 - $50,000,000 | K -$15,001 - $50,000 O =$500,001 - $1,000,000 | L -$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. Google | | | | | Buy | 11/25/09 | J | | |
| 410. Qualcomm | A | Dividend | K | T | Buy | 01/09/09 | J | | |
| 411. Qualcomm | | | | | Buy | 03/31/09 | J | | |
| 412. Qualcomm | | | | | Sold (part) | 05/07/09 | J | | |
| 413. Qualcomm | | | | | Buy | 11/25/09 | J | | |
| 414. Qualcomm | | | | | Buy | 12/03/09 | J | | |
| 415. Teva Pharmaceutical | A | Dividend | K | T | Sold (part) | 05/04/09 | J | | |
| 416. Teva Pharmaceutical | | | | | Sold (part) | 05/07/09 | J | | |
| 417. Teva Pharmaceutical | | . | | | Sold (part) | 10/22/09 | J | A | |
| 418. Teva Pharmaceutical | | | | | Buy | 12/02/09 | J | | |
| 419. Comcast | A | Dividend | J | T | Buy | 04/01/09 | J | | |
| 420. Comcast | | | | | Sold (part) | 06/23/09 | J | A | |
| 421. Comcast | | | | | Sold (part) | 11/24/09 | J | | |
| 422. Comcast | | | | | Buy | 12/22/09 | J | | |
| 423. Bank of America | A | Dividend | J | T | Buy | 01/07/09 | J | | |
| 424. Bank of America | | | | | Sold (part) | 03/12/09 | J | | |
| 425. Bank of America | | | | | Sold (part) | 03/23/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Bank of America | | | | | Buy | 09/01/09 | J | | |
| 427. Bank of America | | | | | Buy | 09/21/09 | J | | |
| 428. Bank of America | | | | | Sold (part) | 11/24/09 | J | | |
| 429. Bank of America | | | | | Buy | 12/09/09 | J | | |
| 430. Bank of America | | | | | Buy | 12/11/09 | J | | |
| 431. Conoco Phillips | B | Dividend | K | T | Sold (part) | 02/02/09 | J | | |
| 432. Concoco Phillips | | | | | Buy | 11/03/09 | J | | |
| 433. Conoco Phillips | | | | | Buy | 11/17/09 | J | | |
| 434. Conoco Phillips | | | | | Buy | 11/25/09 | J | | |
| 435. National-Oilwell | | None | J | T | Buy | 05/28/09 | J | | |
| 436. National-Oilwell | | | | | Buy | 06/23/09 | J | | |
| 437. Cooper Industries | A | Dividend | J | T | Buy | 03/19/09 | J | | |
| 438. Cooper Industries | | | | | Buy | 10/07/09 | J | | |
| 439. Cooper Industries | | | | | Buy | 11/25/09 | J | | |
| 440. Cooper Industries | | | | | Sold (part) | 12/22/09 | J | C | |
| 441. Credit Suisse | | None | J | T | Buy | 05/11/09 | J | | |
| 442. Credit Suisse | | | | | Buy | 09/17/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. Exxon Mobil | A | Dividend | | | Sold (part) | 07/10/09 | J | A | |
| 444. Exxon Mobil | | | | | Sold (part) | 08/19/09 | J | A | |
| 445. Exxon Mobil | | | | | Sold | 10/01/09 | J | A | |
| 446. Bernstein Emerging Markets Portfolio | B | Dividend | M | U | buy | 12/08/09 | J | | |
| 447. Hartford Financial Services | A | Dividend | | | Sold (part) | 02/04/09 | J | | |
| 448. Hartford Financial Services | | | | | Sold | 08/07/09 | J | A | |
| 449. Genworth Financial | | None | | | Sold | 07/30/09 | J | | |
| 450. Ameriprise Financial | A | Dividend | J | T | Buy | 10/26/09 | J | | |
| 451. Ameriprise Financial | | | | | Buy | 10/30/09 | J | | |
| 452. Aflac | | None | | | Buy | 01/09/09 | J | | |
| 453. Aflac | | | | | Sold (part) | 02/02/09 | J | | |
| 454. Aflac | | | | | Sold | 11/24/09 | J | | |
| 455. Apple Computer | | None | L | T | Sold (part) | 01/06/09 | J | | |
| 456. Apple Computer | | | | | Sold (part) | 01/15/09 | J | | |
| 457. Apple Computer | | | | | Sold (part) | 09/21/09 | J | B | |
| 458. Apple Computer | | | | | Buy | 11/27/09 | J | | |
| 459. Danaher Corp. | A | Dividend | K | T | Buy | 03/03/09 | J | | |

1. Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Danaher Corp. | | | | | Buy | 05/06/09 | J | | |
| 461. Danaher Corp. | | | | | Buy | 08/17/09 | J | | |
| 462. Danaher Corp. | | | | | Buy | 09/04/09 | J | | |
| 463. Danaher Corp. | | | | | Buy | 09/16/09 | J | | |
| 464. Danaher Corp. | | | | | Buy | 11/25/09 | J | | |
| 465. EMC Corp. | | None | J | T | Buy | 07/27/09 | J | | |
| 466. EMC Corp. | | | | | Buy | 09/04/09 | J | | |
| 467. EMC Corp. | | | | | Buy | 09/23/09 | J | | |
| 468. EMC Corp. | | | | | Buy | 10/09/09 | J | | |
| 469. EMC Corp. | | | | | Buy | 11/25/09 | J | | |
| 470. FEDEX Corp. | A | Dividend | J | T | Buy | 08/06/09 | J | | |
| 471. Franklin Resources | A | Dividend | J | T | Sold (part) | 06/03/09 | J | | |
| 472. Franklin Resources | | | | | Buy | 11/05/09 | J | | |
| 473. Franklin Resources | | | | | Buy | 11/10/09 | J | | |
| 474. Franklin Resources | | | | | Buy | 12/02/09 | J | | |
| 475. Philip Morris | A | Dividend | | | Sold (part) | 01/07/09 | J | | |
| 476. Philip Morris | | | | | Sold (part) | 04/24/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q –Appraisal | R –Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V –Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. Philip Morris | | | | | Sold (part) | 05/18/09 | J | A | |
| 478. Philip Morris | | | | | Sold (part) | 06/17/09 | J | B | |
| 479. Philip Morris | | | | | Sold | 07/27/09 | J | C | |
| 480. Genentech | | None | | | Buy | 01/20/09 | J | | |
| 481. Genentech | | | | | Buy | 02/05/09 | J | | |
| 482. Genentech | | | | | Sold | 03/26/09 | J | | |
| 483. Gilead Sciences | | None | K | T | Sold (part) | 02/06/09 | J | B | |
| 484. Gilead Sciences | | | | | Buy | 03/31/09 | J | | |
| 485. Gilead Sciences | | | | | Sold (part) | 04/30/09 | J | A | |
| 486. Gilead Sciences | | | | | Sold (part) | 10/15/09 | J | A | |
| 487. Gilead Sciences | | | | | Buy | 11/25/09 | J | | |
| 488. Sanofi Aventis | A | Dividend | | | Sold | 05/29/09 | J | | |
| 489. TJX Companies | A | Dividend | | | Sold | 05/18/09 | J | B | |
| 490. Limited Brands | A | Dividend | J | T | Buy | 12/18/09 | J | | |
| 491. Viacom | | None | J | T | Buy | 12/18/09 | J | | |
| 492. Schlumberger | A | Dividend | K | T | Buy | 03/31/09 | J | | |
| 493. Schlumberger | | | | | Sold (part) | 11/09/09 | J | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. Time Warner | A | Dividend | K | T | Buy | 03/03/09 | J | | |
| 495. Time Warner Cable | | | | | Buy | 04/17/09 | J | | |
| 496. Time Warner Cable | | None | K | T | Buy | 04/09/09 | J | | |
| 497. Time Warner Cable | | | | | Buy | 04/17/09 | J | | |
| 498. Time Warner Cable | | | | | Buy | 05/01/09 | J | | |
| 499. Time Warner Cable | | | | | Sold (part) | 09/09/09 | J | A | |
| 500. Time Warner Cable | | | | | Buy | 11/25/09 | J | | |
| 501. Emerson Electric | A | Dividend | | | Buy | 02/11/09 | J | | |
| 502. Emerson Electric | | | | | Buy | 04/01/09 | J | | |
| 503. Emerson Electric | | | | | Sold (part) | 06/01/09 | J | | |
| 504. Emerson Electric | | | | | Sold (part) | 08/05/09 | J | | |
| 505. Emerson Electric | | | | | Sold (part) | 08/19/09 | J | A | |
| 506. Emerson Electric | | | | | Sold (part) | 09/16/09 | J | A | |
| 507. Emerson Electric | | | | | Sold | 10/22/09 | J | A | |
| 508. Cisco Systems | | None | J | T | Sold (part) | 05/26/09 | J | | |
| 509. Cisco Systems | | | | | Sold (part) | 07/01/09 | J | | |
| 510. Cisco Systems | | | | | Buy | 08/04/09 | J | | |

1 Income Gain Codes: A -$1,000 or less; B -$1,001 - $2,500; C -$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000 (See Columns B1 and D4); F -$50,001 - $100,000; G -$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2 Value Codes: J -$15,000 or less; K -$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000 (See Columns C1 and D3); N -$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 More than $50,000,000
3 Value Method Codes: Q =Appraisal; R - Cost (Real Estate Only); S =Assessment; T =Cash Market (See Column C2); U =Book Value; V - Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Cisco Systems | | | | | Buy | 09/22/09 | J | | |
| 512. Cisco Systems | | | | | Buy | 11/05/09 | J | | |
| 513. Cisco Systems | | | | | Sold (part) | 11/23/09 | J | | |
| 514. General Electric | A | Dividend | K | T | Sold (part) | 01/07/09 | J | | |
| 515. General Electric | | | | | Buy | 10/16/09 | J | | |
| 516. General Electric | | | | | Buy | 11/17/09 | J | | |
| 517. General Electric | | | | | Buy | 11/25/09 | J | | |
| 518. The Travelers Cos. | A | Dividend | J | T | Sold (part) | 03/23/09 | J | | |
| 519. The Travelers Cos. | | | | | Sold (part) | 06/23/09 | J | | |
| 520. AT&T | B | Dividend | K | T | Buy | 06/22/09 | J | | |
| 521. AT&T | | | | | Buy | 06/24/09 | J | | |
| 522. AT&T | | | | | Buy | 08/06/09 | J | | |
| 523. AT&T | | | | | Buy | 08/13/09 | J | | |
| 524. AT&T | | | | | Sold (part) | 11/05/09 | J | | |
| 525. AT&T | | | | | Buy | 12/18/09 | J | | |
| 526. BB&T Corp. | | None | J | T | Buy | 09/17/09 | J | | |
| 527. BB&T Corp. | | | | | Buy | 09/22/09 | J | | |

1. Income Gain Codes:    A - $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E - $15,001 - $50,000
(See Columns B1 and D4)    F - $50,001 - $100,000    G - $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J - $15,000 or less    K - $15,001 - $50,000    L - $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N - $250,001 - $500,000    O - $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 - $5,000,001 - $25,000,000
   P3 - $25,000,001 - $50,000,000    P4 - More than $50,000,000
3. Value Method Codes    Q - Appraisal    R - Cost (Real Estate Only)    S - Assessment    T = Cash Market
(See Column C2)    U - Book Value    V - Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Lockheed Martin | A | Dividend | | | Sold (part) | 04/20/09 | J | | |
| 529. Lockheed Martin | | | | | Sold | 07/01/09 | J | A | |
| 530. Cimarex Energy | A | Dividend | J | T | Buy | 07/27/09 | J | | |
| 531. Cimarex Energy | | | | | Buy | 11/30/09 | J | | |
| 532. Activision Blizzard Inc. | | None | | | Sold | 02/18/09 | J | | |
| 533. Constellation Brands | | None | J | T | Buy | 08/17/09 | J | | |
| 534. Constellation Brands | | | | | Buy | 11/25/09 | J | | |
| 535. Black & Decker | A | Dividend | J | T | Sold (part) | 01/16/09 | J | | |
| 536. Black & Decker | | | | | Buy | 09/04/09 | J | | |
| 537. Black & Decker | | | | | Sold (part) | 12/29/09 | J | | |
| 538. CBS | A | Dividend | J | T | Buy | 03/03/09 | J | | |
| 539. CBS | | | | | Sold (part) | 08/12/09 | J | | |
| 540. CBS | | | | | Sold (part) | 10/16/09 | J | | |
| 541. CBS | | | | | Sold (part) | 11/10/09 | J | | |
| 542. Coca-Cola | A | Dividend | | | Buy | 01/23/09 | J | | |
| 543. Coca-Cola | | | | | Sold (part) | 05/01/09 | J | | |
| 544. Coca-Cola | | | | | Sold (part) | 05/11/09 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. Coca-Cola | | | | | Sold | 09/16/09 | J | A | |
| 546. Dean Foods | | None | J | T | Buy | 10/02/09 | J | | |
| 547. Arcelormittal | A | Dividend | J | T | Buy | 05/29/09 | J | | |
| 548. Arcelormittal | | | | | Buy | 08/05/09 | J | | |
| 549. Amazon.com | | None | J | T | Buy | 05/19/09 | J | | |
| 550. Amazon.com | | | | | Sold (part) | | J | A | |
| 551. Bank of New York Mellon | A | Dividend | J | T | Buy | 04/17/09 | J | | |
| 552. Nokia | A | Dividend | J | T | buy | 01/22/09 | J | | |
| 553. Nokia | | | | | Buy | 01/27/09 | J | | |
| 554. Nokia | | | | | Buy | 02/06/09 | J | | |
| 555. Nokia | | | | | Buy | 02/10/09 | J | | |
| 556. Nokia | | | | | Buy | 02/11/09 | J | | |
| 557. Nokia | | | | | Buy | 02/24/09 | J | | |
| 558. Nokia | | | | | Sold (part) | 04/09/09 | J | | |
| 559. Nokia | | | | | Sold (part) | 04/22/09 | J | | |
| 560. Nokia | | | | | Sold (part) | 06/26/09 | J | | |
| 561. Nokia | | | | | Buy | 11/25/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Northrop Grumman | A | Dividend | J | T | Buy | 03/25/09 | J | | |
| 563. Northrop Grumman | | | | | Buy | 06/30/09 | J | | |
| 564. Northrop Grumman | | | | | Buy | 08/18/09 | J | | |
| 565. Northrop Grumman | | | | | Buy | 08/24/09 | J | | |
| 566. Pfizer | B | Dividend | K | T | Buy | 06/30/09 | J | | |
| 567. Pfizer | | | | | Sold (part) | 10/15/09 | J | | |
| 568. Pfizer | | | | | Buy | 11/25/09 | J | | |
| 569. Verizon | A | Dividend | | | Sold | 04/29/09 | J | | |
| 570. Charles Schwab | A | Dividend | | | Sold | 07/15/09 | J | A | |
| 571. Fluor | A | Dividend | | | Buy | 01/28/09 | J | | |
| 572. Fluor | | | | | Sold | 03/20/09 | J | | |
| 573. Kohls | | None | K | T | Buy | 01/21/09 | J | | |
| 574. Kohls | | | | | Buy | 06/08/09 | J | | |
| 575. Kohls | | | | | Buy | 06/25/09 | J | | |
| 576. Kohls | | | | | Sold (part) | 10/15/09 | J | | |
| 577. Monsanto | A | Dividend | | | Sold (part) | 01/07/09 | J | | |
| 578. Monsanto | | | | | Sold (part) | 02/06/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Monsanto | | | | | Sold (part) | 04/24/09 | J | B | |
| 580. Monsanto | | | | | Sold (part) | 05/28/09 | J | B | |
| 581. Monsanto | | | | | Sold (part) | 06/04/09 | J | B | |
| 582. Monsanto | | | | | Sold (part) | 06/26/09 | J | B | |
| 583. Monsanto | | | | | Sold (part) | 07/23/09 | J | B | |
| 584. Monsanto | | | | | Sold (part) | 08/07/09 | J | A | |
| 585. Monsanto | | | | | Sold | 08/24/09 | J | A | |
| 586. Nvidia | | None | | | Sold (part) | 03/25/09 | J | | |
| 587. Nvidia | | | | | Sold | 05/01/09 | J | A | |
| 588. Garmin Ltd. | A | Dividend | J | T | Buy | 11/13/09 | J | | |
| 589. Garmin Ltd. | | | | | Buy | 12/02/09 | J | | |
| 590. Huntsman Corp. | A | Dividend | J | T | Buy | 12/07/09 | J | | |
| 591. Valero Energy Corp. | A | Dividend | K | T | Buy | 07/28/09 | J | | |
| 592. Valero Energy Corp. | | | | | Buy | 08/06/09 | J | | |
| 593. Valero Energy Corp. | | | | | Buy | 08/25/09 | J | | |
| 594. Valero Energy Corp. | | | | | Buy | 11/25/09 | J | | |
| 595. United Technologies | A | Dividend | | | Buy | 09/14/09 | J | | |

1. Income Gain Codes (See Columns B1 and D4)
A =$1,000 or less   B -$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 596. United Technologies | | | | | Buy | 10/02/09 | J | | |
| 597. United Technologies | | | | | Sold | 11/18/09 | J | A | |
| 598. Allstate Corp. | A | Dividend | | | Buy | 02/10/09 | J | | |
| 599. Allstate Corp. | | | | | Sold (part) | 05/04/09 | J | | |
| 600. Allstate Corp. | | | | | Sold (part) | 05/22/09 | J | | |
| 601. Allstate Corp. | | | | | Sold (part) | 11/12/09 | J | | |
| 602. Allstate Corp. | | | | | Sold | 12/11/09 | J | A | |
| 603. Autoliv Inc. | A | Dividend | | | Buy | 03/03/09 | J | | |
| 604. Autoliv Inc. | | | | | Sold (part) | 05/01/09 | J | | |
| 605. Autoliv Inc. | | | | | Sold | 07/20/09 | J | B | |
| 606. Caterpillar Inc. | A | Dividend | J | T | Sold (part) | 03/03/09 | J | | |
| 607. Caterpillar Inc. | | | | | Buy | 05/27/09 | J | | |
| 608. Caterpillar Inc. | | | | | Buy | 07/16/09 | J | | |
| 609. Caterpillar Inc. | | | | | Sold (part) | 10/23/09 | J | B | |
| 610. Caterpillar Inc. | | | | | Sold (part) | 11/13/09 | J | A | |
| 611. Covidien Ltd. | | None | J | T | Buy | 12/03/09 | J | | |
| 612. Deutsche Bank | A | Dividend | J | T | Buy | 03/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. Deutsche Bank | | | | | Sold (part) | 04/08/09 | J | | |
| 614. Deutsche Bank | | | | | Buy | 05/15/09 | J | | |
| 615. Netap Inc. | | None | | | Buy | 04/23/09 | J | | |
| 616. Netap Inc. | | | | | Sold | 05/28/09 | J | A | |
| 617. Nucor Corp. | A | Dividend | | | Buy | 05/01/09 | J | | |
| 618. Nucor Corp. | | | | | Sold | 09/11/09 | J | A | |
| 619. Ingersoll-Rand | A | Dividend | K | T | Buy | 06/24/09 | J | | |
| 620. Ingersoll-Rand | | | | | Buy | 06/10/09 | J | | |
| 621. Ingersoll Rand | | | | | Buy | 07/21/09 | J | | |
| 622. Ingersoll-Rand | | | | | Buy | 10/23/09 | J | | |
| 623. Ingersoll-Rand | | | | | Buy | 11/25/09 | J | | |
| 624. Nexen Inc. | A | Dividend | J | T | Buy | 06/02/09 | J | | |
| 625. Nexen Inc. | | | | | Buy | 08/27/09 | J | | |
| 626. Macy's Inc | A | Dividend | J | T | Sold (part) | 05/14/09 | J | | |
| 627. Macy's Inc. | | | | | Buy | 06/23/09 | J | | |
| 628. Masco Corp. | A | Dividend | J | T | Buy | 06/03/09 | J | | |
| 629. NVR Inc. | | None | J | T | Buy | 07/06/09 | J | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. NVR Inc. | | | | | Buy | 08/24/09 | J | | |
| 631. NVR Inc. | | | | | Buy | 08/25/09 | J | | |
| 632. Office Depot | | None | J | T | Buy | 10/02/09 | J | | |
| 633. Office Depot | | | | | Buy | 11/25/09 | J | | |
| 634. Pepco Inc. | A | Dividend | J | T | Buy | 11/25/09 | J | | |
| 635. Pulte Homes | | None | J | T | Buy | 09/18/09 | J | | |
| 636. Morgan Stanley | A | Dividend | J | T | Sold (part) | 02/09/09 | J | | |
| 637. Morgan Stanley | | | | | Sold (part) | 03/24/09 | J | | |
| 638. Morgan Stanley | | | | | Sold (part) | 04/13/09 | J | | |
| 639. Morgan Stanley | | | | | Sold (part) | 06/23/09 | J | | |
| 640. Morgan Stanley | | | | | Buy | 10/20/09 | J | | |
| 641. Morgan Stanley | | | | | Buy | 11/25/09 | J | | |
| 642. RRI Energy | | None | J | T | Buy | 06/24/09 | J | | |
| 643. Smithfield Foods | | None | J | T | Buy | 06/29/09 | J | | |
| 644. SPX Corp. | A | Dividend | J | T | Buy | 06/24/09 | J | | |
| 645. SPX Corp. | | | | | Buy | 11/25/09 | J | | |
| 646. Steel Dynamics | | None | J | T | Buy | 11/25/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. Royal Dutch Shell | A | Dividend | | | Sold (part) | 04/29/09 | J | | |
| 648. Royal Dutch Shell | | | | | Sold | 07/13/09 | J | | |
| 649. Symantec | | None | K | T | Buy | 02/24/09 | J | | |
| 650. Symantec | | | | | Buy | 03/13/09 | J | | |
| 651. Symantec | | | | | Buy | 03/19/09 | J | | |
| 652. Symantec | | | | | Buy | 11/27/09 | J | | |
| 653. Symantec | | | | | Buy | 12/01/09 | J | | |
| 654. Unum Group | A | Dividend | J | T | Buy | 04/30/09 | J | | |
| 655. Paccar Inc. | | None | | | Buy | 04/22/09 | J | | |
| 656. Paccar Inc. | | | | | Sold | 05/08/09 | J | A | |
| 657. Petroleo Brasileiro | A | Dividend | | | Buy | 05/29/09 | J | | |
| 658. Petroleo Brasileiro | | | | | Sold | 11/25/09 | J | A | |
| 659. Bristol Myers Squibb | A | Dividend | | | Sold | 07/22/09 | J | A | |
| 660. Tyco Electronics | A | Dividend | K | T | Buy | 04/30/09 | J | | |
| 661. Tyco Electronics | | | | | Buy | 06/25/09 | J | | |
| 662. Tyco Electronics | | | | | Buy | 08/25/09 | J | | |
| 663. Tyco Electronics | | | | | Buy | 11/17/09 | J | | |

1. Income Gain Codes:  A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
   (See Columns B1 and D4)  F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes  J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
   (See Columns C1 and D3)  N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. Tyco Electronics | | | | | Buy | 11/25/09 | J | | |
| 665. Vodafone | A | Dividend | J | T | Buy | 05/04/09 | J | | |
| 666. Abbott Laboratories | A | Dividend | | | Sold (part) | 04/08/09 | J | | |
| 667. Abbott Laboratories | | | | | Sold (part) | 04/16/09 | J | | |
| 668. Abbott Laboratories | | | | | Sold (part) | 04/28/09 | J | | |
| 669. Abbott Laboratories | | | | | Sold | 05/20/09 | J | A | |
| 670. Air Products & Chemicals | A | Dividend | K | T | Buy | 10/19/09 | J | | |
| 671. Air Products & Chemicals | | | | | Buy | 10/20/09 | J | | |
| 672. Air Products & Chemicals | | | | | Buy | 11/10/09 | J | | |
| 673. Air Products & Chemicals | | | | | Buy | 11/25/09 | J | | |
| 674. Cameron International | | None | J | T | Buy | 03/31/09 | J | | |
| 675. Celgene | | None | J | T | Sold (part) | 01/07/09 | J | | |
| 676. Celgene | | | | | Sold (part) | 08/05/09 | J | | |
| 677. Celgene | | | | | Sold (part) | 10/28/09 | J | | |
| 678. Colgate-Palmolive | A | Dividend | | | Buy | 01/09/09 | J | | |
| 679. Colgate-Palmolive | | | | | Sold (part) | 04/08/09 | J | | |
| 680. Colgate-Palmolive | | | | | Sold (part) | 04/16/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. Colgate-Palmolive | | | | | Sold (part) | 05/05/09 | J | | |
| 682. Colgate-Palmolive | | | | | Sold | 11/09/09 | J | A | |
| 683. Deere | A | Dividend | | | Sold | 03/04/09 | J | | |
| 684. EOG Res. | A | Dividend | | | Buy | 01/09/09 | J | | |
| 685. EOG Res. | | | | | Buy | 02/04/09 | J | | |
| 686. EOG Res. | | | | | Buy | 03/31/09 | J | | |
| 687. EOG Res. | | | | | Sold (part) | 05/01/09 | J | | |
| 688. EOG Res. | | | | | Sold (part) | 06/25/09 | J | | |
| 689. EOG Res. | | | | | Sold (part) | 07/09/09 | J | A | |
| 690. EOG Res. | | | | | Sold (part) | 07/13/09 | J | | |
| 691. EOG Res. | | | | | Sold (part) | 08/04/09 | J | A | |
| 692. EOG Res. | | | | | Sold (part) | 08/20/09 | J | A | |
| 693. EOG Res. | | | | | Sold (part) | 10/29/09 | J | A | |
| 694. EOG Res. | | | | | Sold | 11/16/09 | J | A | |
| 695. US Bancorp | A | Dividend | J | T | Buy | 05/19/09 | J | | |
| 696. US Bancorp | | | | | Buy | 05/21/09 | J | | |
| 697. US Bancorp | | | | | Buy | 09/18/09 | J | | |

1. Income Gain Codes.    A = $1,000 or less    B = $1,001 - $2,500    C = $2,501 - $5,000    D = $5,001 - $15,000    E = $15,001 - $50,000
(See Columns B1 and D4)    F = $50,001 - $100,000    G = $100,001 - $1,000,000    H1 = $1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 - $250,000
(See Columns C1 and D3)    N = $250,001 - $500,000    O = $500,001 - $1,000,000    P1 = $1,000,001 - $5,000,000    P2 = $5,000,001 - $25,000,000
   P3 = $25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q - Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. US Bancorp | | | | | Sold (part) | 11/13/09 | J | A | |
| 699. Wells Fargo | A | Dividend | K | T | Buy | 05/08/09 | J | | |
| 700. Wells Fargo | | | | | Buy | 12/14/09 | J | | |
| 701. Wells Fargo | | | | | Buy | 12/17/09 | J | | |
| 702. Honeywell International | A | Dividend | | | Buy | 07/28/09 | J | | |
| 703. Honeywell International | | | | | Sold | 05/01/09 | J | A | |
| 704. Jacobs Engineering | | None | | | Buy | 01/09/09 | J | | |
| 705. Jacobs Engineering | | | | | Buy | 03/03/09 | J | | |
| 706. Jacobs Engineering | | | | | Sold (part) | 05/08/09 | J | | |
| 707. Jacobs Engineering | | | | | Sold | 07/01/09 | J | A | |
| 708. Western Digital | | None | J | T | Sold (part) | 02/28/09 | J | | |
| 709. Western Digital | | | | | Sold (part) | 11/20/09 | J | B | |
| 710. Baxter International | A | Dividend | J | T | Sold (part) | 01/15/09 | J | | |
| 711. Baxter International | | | | | Buy | 03/31/09 | J | | |
| 712. Baxter International | | | | | Sold (part) | 06/17/09 | J | | |
| 713. Baxter International | | | | | Sold (part) | 09/09/09 | J | | |
| 714. Baxter International | | | | | Buy | 12/22/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C - $2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. Baxter International | | | | | Buy | 12/28/09 | J | | |
| 716. Textron | A | Dividend | J | T | Sold (part) | 02/05/09 | J | | |
| 717. Textron | | | | | Buy | 07/27/09 | J | | |
| 718. Motorola | | None | J | T | Sold (part) | 08/04/09 | J | | |
| 719. Toyota | | None | | | Buy | 05/01/09 | J | | |
| 720. Toyota | | | | | Sold | 09/22/09 | J | A | |
| 721. Devon Energy | A | Dividend | K | T | Buy | 02/03/09 | J | | |
| 722. Devon Energy | | | | | Buy | 02/17/09 | J | | |
| 723. Devon Energy | | | | | Buy | 03/13/09 | J | | |
| 724. Devon Energy | | | | | Buy | 03/27/09 | J | | |
| 725. Devon Energy | | | | | Sold (part) | 05/29/09 | J | | |
| 726. Devon Energy | | | | | Buy | 07/16/09 | J | | |
| 727. Devon Energy | | | | | Buy | 11/18/09 | J | | |
| 728. Devon Energy | | | | | Buy | 11/23/09 | J | | |
| 729. Devon Energy | | | | | Buy | 11/25/09 | J | | |
| 730. Schering-Plough | A | Dividend | | | Buy | 03/23/09 | J | | |
| 731. Schering-Plough | | | | | Sold | 11/14/09 | J | A | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
    (See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
    (See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
            P3 =$25,000,001 - $50,000,000            P4  More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
    (See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. Freeport McMoran Copper | A | Dividend | J | T | Buy | 05/01/09 | J | | |
| 733. Freeport McMoran Copper | | | | | Buy | 05/05/09 | J | | |
| 734. Freeport McMoran Copper | | | | | Buy | 07/10/09 | J | | |
| 735. Freeport McMoran Copper | | | | | Buy | 08/05/09 | J | | |
| 736. Freeport McMoran Copper | | | | | Sold (part) | 10/26/09 | J | B | |
| 737. Fidelity National | | None | | | Sold | 11/24/09 | J | | |
| 738. Prudential Financial | | None | | | Buy | 03/03/09 | J | | |
| 739. Prudential Financial | | | | | Sold (part) | 05/26/09 | J | C | |
| 740. Prudential Financial | | | | | Sold | 06/19/09 | J | B | |
| 741. Regions Financial Corp. | A | Dividend | | | Buy | 05/20/09 | J | | |
| 742. Regions Financial Corp. | | | | | Sold | 12/18/09 | J | A | |
| 743. Becton Dickinson | A | Dividend | | | Sold (part) | 01/15/09 | J | | |
| 744. Becton Dickinson | | | | | Buy | 03/31/09 | J | | |
| 745. Becton Dickinson | | | | | Sold (part) | 05/01/09 | J | | |
| 746. Becton Dickinson | | | | | Sold | 05/05/09 | J | | |
| 747. Union Pacific | A | Dividend | | | Buy | 05/01/09 | J | | |
| 748. Union Pacific | | | | | Buy | 08/12/09 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                  J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3. Value Method Codes           Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment     T =Cash Market
   (See Column C2)              U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 749. Union Pacific | | | | | Sold (part) | 11/04/09 | J | A | |
| 750. Union Pacific | | | | | Sold | 12/03/09 | J | A | |
| 751. Wyeth | A | Dividend | | | Sold | 04/09/09 | J | A | |
| 752. Dominion Resources | | None | | | Sold | 01/07/09 | J | A | |
| 753. Eastman Chemical | A | Dividend | | | Sold | 11/02/09 | J | B | See Part VIII |
| 754. Nike | A | Dividend | | | Sold | 08/27/09 | J | | |
| 755. General Mills | A | Dividend | J | T | Buy | 04/11/09 | J | | |
| 756. General Mills | | | | | Sold (part) | 05/06/09 | J | | |
| 757. Walt Disney | A | Dividend | J | T | Buy | 01/21/09 | J | | |
| 758. Walt Disney | | | | | Buy | 02/23/09 | J | | |
| 759. Walt Disney | | | | | Sold (part) | 05/19/09 | J | A | |
| 760. Walt Disney | | | | | Sold (part) | 07/17/09 | J | A | |
| 761. Walt Disney | | | | | Sold (part) | 08/03/09 | J | A | |
| 762. Molson Coors | A | Dividend | | | Sold | 05/05/09 | J | | |
| 763. News Corp. | A | Dividend | K | T | Buy | 02/05/09 | J | | |
| 764. News Corp. | | | | | Buy | 01/12/09 | J | | |
| 765. News Corp. | | | | | Buy | 04/20/09 | J | | |

1. Income Gain Codes. (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. News Corp. | | | | | Buy | 06/30/09 | J | | |
| 767. News Corp. | | | | | Sold (part) | 04/21/09 | J | A | |
| 768. Charles Schwab Bank | A | Interest | | | Closed | 11/25/09 | J | | |
| 769. Anheuser Busch | A | Dividend | J | T | Buy | 11/11/09 | J | | |
| 770. Auto Data Processing | A | Dividend | | | Sold | 11/24/09 | J | A | |
| 771. Avon | A | Dividend | | | Sold | 11/24/09 | J | A | |
| 772. Broadridge Financial Solutions | A | Dividend | J | T | Sold | 11/24/09 | J | A | |
| 773. Cintas | A | Dividend | | | Sold | 11/24/09 | J | | |
| 774. Federated Investors | A | Dividend | | | Sold | 11/24/09 | J | | |
| 775. CME Group | A | Dividend | J | T | Sold (part) | 01/07/09 | J | | |
| 776. CME Group | | | | | Sold (part) | 02/06/09 | J | | |
| 777. CME Group | | | | | Sold (part) | 02/06/09 | J | | |
| 778. D R Horton Inc. | A | Dividend | J | T | Sold | 01/07/09 | J | | |
| 779. D R Horton Inc. | | | | | Buy | 06/15/09 | J | | |
| 780. Fifth Third Bancorp | A | Dividend | | | Sold | 01/22/09 | J | | |
| 781. Intl. Game Technology | A | Dividend | | | Sold | 11/24/09 | J | | |
| 782. Johnson & Johnson | A | Dividend | | | Sold | 11/24/09 | K | | |

1. Income Gain Codes: (See Columns H1 and D4)  A = $1,000 or less  B = $1,001 - $2,500  C = $2,501 - $5,000  D = $5,001 - $15,000  E = $15,001 - $50,000
F = $50,001 - $100,000  G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001 - $50,000  L = $50,001 - $100,000  M = $100,001 - $250,000
N = $250,001 - $500,000  O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000  P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash Market
U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. Medtronic | A | Dividend | | | Sold | 11/24/09 | K | | |
| 784. Strayer Education | A | Dividend | | | Sold | 11/24/09 | K | D | |
| 785. Sysco | A | Dividend | | | Sold | 11/24/09 | J | | |
| 786. United Parcel Service | A | Dividend | | | Sold | 11/24/09 | J | | |
| 787. JC Penny | A | Dividend | J | T | Sold (part) | 03/19/09 | J | | |
| 788. JC Penny | | | | | Sold (part) | 04/13/09 | J | A | |
| 789. JC Penny | | | | | Buy | 11/25/09 | J | | |
| 790. Wal-Mart Stores | A | Dividend | J | T | Buy | 01/20/09 | J | | |
| 791. Wal-Mart Stores | | | | | Sold (part) | 04/24/09 | J | | |
| 792. Wal-Mart Stores | | | | | Sold (part) | 05/04/09 | J | | |
| 793. Wal-Mart Stores | | | | | Sold (part) | 11/24/09 | K | C | |
| 794. Whirlpool | A | Dividend | | | Buy | 07/08/09 | J | | |
| 795. Whirlpool | | | | | Sold | 12/10/09 | J | C | |
| 796. Crosstex Energy LP | | None | | | Sold | 11/24/09 | J | | |
| 797. ishares Canada Index Fund | A | Dividend | | | Sold | 11/24/09 | J | A | |
| 798. ishares EAFE Index Fund | A | Dividend | | | Sold | 11/24/09 | K | | |
| 799. Vanguard Emerging Markets Fund | A | Dividend | | | Sold | 11/24/09 | J | B | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  Vanguard Small Cap Value Fund | A | Dividend | | | Sold | 11/24/09 | J | | |
| 801.  Vanguard Utilities Fund | A | Dividend | | | Sold | 11/24/09 | J | | |
| 802.  Alliance Bernsteing Global Diversified Strategies LP | | None | N | U | | | | | |
| 803.  Bernstein Global Opportunities Hedge Fund | | None | M | U | | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, line 38: This holding was acquired May 12, 2008, value code K. It was inadvertently omitted from last year's report.

Part VII, line 39: This holding was acquired July 24, 2 008, value code J. It was inadvertently omitted from last year's report.

Part VII, line 48: This holding was acquired on September 19 and September 22, 2008, in each case value code J. It was inadvertently omittied from last year's report

Part VII, line 94: This trust was terminated, and the assets were distributed to the beneficiary, on October 8, 2009.

Par VII, line 120: This holdling was acquiried November 10, 2008, value code J. It was inadvertently omitted from last year's report.

Part VII, line 126: This holding was acquired September 29, 2006, value code N. It was not previously reported due to inadvertence.

Part VII, line 753: Reported last year as Eastern Chemical due to a typographical error.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 08/02/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544